The People of the State of New York ex rel. Oscar J. Brown, Appellant, v. The Board of

FOURTH DEPARTMENT, JANUARY TERM, 1886.

Supervisors of Onondaga county, Respondent. — Judgment and order affirmed, without costs. *Per Curiam* memorandum filed with the clerk of Onondaga county.